# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE RESOURCES CORP., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-05-647-M |
| LINDELL R. McCOLLUM, a/k/a LINDELL RAY McCOLLUM, | ) |
| Defendant. | ) |
| and | ) |
| FARMERS EXCHANGE BANK, | ) |
| Garnishee. | ) |

## ORDER

On September 11, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, pursuant to 28 U.S.C. § 636 to examine defendant's claim for exemption and specifically his assertion that any garnished funds are exempt as Social Security benefits. The Magistrate Judge recommended that defendant be found unentitled to the claim for exemption as requested. The parties were advised of their right to object to the Report and Recommendation by October 1, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on September 11, 2008, and

(2) DENIES defendant's claim for exemption.

**IT IS SO ORDERED this 7th of October, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE